IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGEL BERNE VILLICANA,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 73072

FILED

AUG 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for appointment of counsel. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for appointment of counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Douglas W. Herndon, District Judge
      Angel Berne Villicana
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-26790